# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-05934 JAK (JCGx) | Date | May 31, 2011 |
| Title | Jonathan Cook v. The Designory, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On May 27, 2011, plaintiffs filed "Notice of Settlement" [14]. The Court sets an Order to Show Cause re Dismissal for July 11, 2011 at 1:30 p.m. If the parties file a dismissal by July 8, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

The Final Pretrial Conference set for December 19, 2011, hearing regarding motions in limine set for January 9, 2012, and the Jury Trial set for January 17, 2012, are all vacated.

IT IS SO ORDERED.

: 

Initials of Preparer   ak