1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  LAW OFFICES OF MICHAEL TRACY
3  2030 Main Street, Suite 1300
   Irvine, CA  92614
4  T: (949) 260-9171
   F: (866) 365-3051
5
6  Attorneys for Plaintiff JONATHAN COOK
7

8             **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10               **WESTERN DIVISION**

11  JONATHAN COOK, an individual       Case No.: CV10-5934 JAK-JCGx

12          Plaintiff,                 **ORDER RE STIPULATION OF
                                        DISMISSAL WITH PREJUDICE**
13        vs.
                                        **JS-6**
14  THE DESIGNORY, INC., A CALIFORNIA
15  CORPORATION;  and DOES 1 through 10,
    inclusive,
16
17          Defendants.

18
        Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this
19
    action and all claims asserted in it are dismissed with prejudice and the matter is closed.
20

21

22

23  DATED: June 13, 2011          By: _____
24                                      UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

-1-